**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

PEGGY EVANS,

Plaintiff,

v.

Case No. 4:26-cv-13596-FKB-DRG

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and CREDIT ACCEPTANCE CORPORATION,

Defendants.
_______________________________________/

**ORDER GRANTING MOTION COMPELLING ARBITRATION AND STAYING CASE**

This matter coming to be heard on Defendant Credit Acceptance Corporation's Agreed Motion Compelling Arbitration and Staying the Case, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED as follows: (i) the motion is granted and Plaintiff Peggy Evans and Defendant Credit Acceptance Corporation shall proceed to arbitration pursuant to the Arbitration Clause in the Retail Installment Contract; (ii) the case is stayed as to Credit Acceptance only; and (iii) the Court shall retain jurisdiction for the sole purpose of confirming, vacating, or correcting any arbitration award.

SO ORDERED.

Date: October 16, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge